IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 05-222 (RBW)** |
| **DONNELL FITZPATRICK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's motion to suppress, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the evidence and statements in this case are suppressed.

SO ORDERED, this _____ day of _____, 2005.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA Catherine Connelly