IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 05-222 (RBW)** |
| **DONNELL FITZPATRICK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Defendant Donnell Fitzpatrick's Motion to Strike Surplusage from the Indictment, it is hereby

**ORDERED** that defendant's Motion is granted; and it is further

**ORDERED** that the language, "in Arlington County, Virginia, Criminal Case No. CR 02-55 and CR 02-56" shall be stricken from the indictment; and it is further

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
Tony Axam, Jr., AFPD
Lynn Holliday, AUSA