IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONNELL FITZPATRICK, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 05-222 (RBW) |

**DEFENDANT'S PROPOSED STATEMENT OF THE CASE
AND VOIR DIRE QUESTIONS**

**Statement of the Case**

This case involves criminal charges against Mr. Donnell Fitzpatrick. The charges are contained in an indictment, which is a formal accusation and is not itself evidence of any kind. At trial, the prosecution must prove the charges against Mr. Fitzpatrick beyond a reasonable doubt. Mr. Fitzpatrick has pleaded not guilty to the charges and, under the law, is presumed innocent.

The charges are alleged to have occurred on April 9, 2005 within the District of Columbia in the area of the 2200 block of Prout Street, S.E. The government alleges Mr. Fitzpatrick possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year.

**Voir Dire**

Defendant, by and through undersigned counsel, hereby requests that in addition to the Court's usual voir dire, including without limitation the Ridley question, that the following questions also be asked of the panel:

1. A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt.  Mr. Fitzpatrick does not need to produce any evidence whatsoever to prove his innocence.  If you are selected as a juror in this case, will you have difficulty applying this rule of law?

2. Do any of you now have any opinion as to Mr. Fitzpatrick's guilt or innocence?

3. Do any of you believe that because Mr. Fitzpatrick was arrested and charged with a crime, that he is probably guilty of something?

4. How many of you feel that you might have some difficulty presuming that Mr. Fitzpatrick is innocent of the charges against him in this case?

5. The government may call the following witnesses: (the government's witness list is read to the jury).  Do any of you know any of the people whose names I have read?

6. Mr. Fitzpatrick is presumed innocent of the charges against him, and has no obligation to call any witnesses.  Mr. Fitzpatrick may or may not call some or all of the following witnesses: (A list of Mr. Fitzpatrick'spossible defense witnesses will be prepared before voir dire.)

   Do any of you know any of the people whose names I have read?

7. This case involves charges of knowingly possessing a firearm.  How many of you feel that, because of the nature of the charges in this case, it might be difficult for you to sit as a juror?

8. This case also involves an individual who has been previously convicted of a crime carrying a term of imprisonment of greater than one year.  Do any of you

feel that, because of Mr. Fitzpatrick's prior conviction, he is more likely than any other person to have committed the crime charged in the indictment?

9. The only relevance of Mr. Fitzpatrick's prior conviction is for purposes of determining whether Mr. Fitzpatrick falls into the category of individuals who are covered by the statute. You will be specifically instructed that this prior conviction should <u>not</u> be considered by you for purposes of determining whether or not Mr. Fitzpatrick possessed a firearm on April 9, 2005. Do any of you feel that you would not be able to follow this instruction?

10. Have you or anyone close to you had an unpleasant experience where guns were involved?

11. Do you have strong feelings about gun control?

12. Are any of you, your close family or friends lawyers or law students or have any of you ever studied law in the past?

13. Have any of you, your close family or friends ever worked, either formally or informally, or applied for employment with, a law enforcement agency? By law enforcement agency I mean organizations such as the Metropolitan Police Department, F.B.I., C.I.A., I.R.S., B.A.T.F., Secret Service, Military Police, U.S. Customs Office, GSA Guards, D.C. building police, private security firms and the like?

14. How many of you (or your close friends or relatives) have been employed by any prison, jail, department of corrections, probation office, or parole agency?

15. Have any of you, or your close friends or your relatives, ever worked for an office that prosecutes people charged with criminal offenses. This would include, for

example, the United States Attorney's Office, a State's Attorney's or District Attorney's Office, or the Department of Justice.

16. Have any of you, or your close friends or your relatives, ever worked with or for a defense attorney, public defender organization, investigator's office, or law firm that defends people charged with crimes?

17. Have any of you (or your close friends or relatives) ever worked for either a federal or local court system in any capacity?

18. Do any of you now belong to or participate in, or have you within the past five years belonged to or participated in, any crime prevention group, such as neighborhood watch organizations, orange hat groups, or any other crime prevention group?

19. Have any of you ever served on a grand jury or a petit jury (civil or criminal) in either the Federal or a local or state court system?

20. Have any of you ever sat before on a criminal jury. If so, what kind of case was it and what verdict, if any, did the jury reach?

21. Is there anything about that experience–whether it involved the lawyers, the judge, the accused, the evidence, or your jury deliberations–that makes you feel that you would have trouble being fair and impartial, or that you believe would make it difficult for you to serve as a juror in this case?

22. Have any of you formed any opinions about either prosecutors or defense attorneys which would affect you in deciding this case?

23. Do any of you feel that police testimony is more likely to be believable or reliable than testimony by another witness, or do you feel it is less likely to be believable

or reliable than testimony by another witness?

24. Do any of you (or your close friends or relatives) now, or have you ever, belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention groups?

25. To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors. Would any of you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

26. To reach a verdict, every juror must individually agree on the verdict. Would any of you have difficulty standing up for your understanding of the evidence even if the overwhelming majority of other jurors did not agree with your understanding of the evidence?

27. Does anybody on the jury panel know anybody else on the panel?

28. Is anyone physically or visually challenged so that it would be difficult to follow the evidence or the instructions you are given regarding this case?

29. Does anyone know of any other reason, even if not covered by the Court's questions, why you could not or should not sit as a juror in this case, or why you could not render a fair and impartial verdict based upon the evidence and the law as you shall hear it?

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/S/_____
        Tony Axam, Jr.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202)  208 7500

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Voir Dire was served this 16th day of December, 2005 by electronic means for the Office of the United States Attorney at the United States District Courthouse for the District of Columbia for:

>Lynn Holliday, Esq.
>Office of the United States Attorney
>for the District of Columbia
>555 Fourth Street, N.W.
>Washington, D.C.  20001

_____/S/_____
Tony Axam, Jr.