UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-222 (RBW) |
| | : | |
| v. | : | |
| | : | |
| DONNELL R. FITZPATRICK | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Robert Feitel at telephone number 202-353-3706 and/or email address [Robert.Feitel2@usdoj.gov](mailto:Robert.Feitel2@usdoj.gov)  Robert Feitel  will substitute for Assistant United States Attorney Lynn Holliday  as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

---

Robert Feitel
Assistant United States Attorney
Federal Major Crimes, Bar No. 433-180
555 4th Street, NW,  Room 4231
Washington, DC 20530
202-353-3706