IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Criminal No. 05–0222 (RBW) |
| **DONNELL FITZPATRICK,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**O R D E R**

Upon consideration of Defendant Donnell Fitzpatrick's Response to the Government's Motion Regarding Rule 609 Evidence, it is hereby

**ORDERED** that the government's Motion is denied; and it is

**FURTHER ORDERED** that the government is prohibited from introducing Mr. Fitzpatrick's prior conviction at trial.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copies to:
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Robert Feitel
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530