UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No.: 05-222 (RBW) |
| ) | |
| DONNELL FITZPATRICK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 13, 2006, the District of Columbia Pretrial Services Agency ("PSA") notified the Court that the defendant was not in compliance with his court ordered release conditions and requested the defendant's removal from their supervision. Accordingly, it is hereby this 17th day of March, 2006,

**ORDERED** that the defendant shall show cause on April 11, 2006 at 9:00 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001, why, pursuant to 18 U.S.C. § 3148, he should not be removed from the supervision of the PSA.

**SO ORDERED.**

Reggie B. Walton
United States District Judge