UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-CR-0222 (RBW)** |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a Person |
| **DONNELL FITZPATRICK,** | : | Convicted of Crime Punishable by |
|     **Defendant.** | : | Imprisonment for a Term Exceeding One Year); |
| | : | 22 D.C. Code, §§ 4504(a); 1803 |
| | : | Attempted Carrying a Pistol Without a |
| | : | License); |
| | : | 7 D.C. Code, § 2502.01 |
| | : | (Possession of Unregistered Firearm) |

**S U P E R S E D I N G   I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about April 9, 2005, within the District of Columbia, Donnell Fitzpatrick, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Arlington County, Virginia, Criminal Case No. CR 02-55 and CR 02-56, did unlawfully and knowingly receive and possess a firearm, that is a Taurus .38 caliber revolver, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about April 9, 2005, within the District of Columbia, Donnell Fitzpatrick, previously having been convicted of a felony or a violation of 22 D.C. Code, Section 4504(a) (2001 ed.), did attempt to carry, openly or concealed on or about his person, in a place other than his dwelling place,

place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

(**Attempted Carrying a Pistol Without a License (Outside Home or Place of Business**), in violation of 22 D.C. Code, Sections 4504(a); 1803 (2001 ed.))

## COUNT THREE

On or about April 9, 2005, within the District of Columbia, Donnell Fitzpatrick, did possess a certain firearm, that is a Taurus .38 caliber revolver, without being the holder of a valid registration certificate.

(**Possession of Unregistered Firearm**, in violation of 7 D.C. Code, Section 2502.01 (2001 ed.))

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        Bar No. 451-058

BY: _____
        ROBERT J. FEITEL
        Assistant United States Attorney
        Bar No. 433-180
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4231
        Washington, D.C. 20530
        202.353.3706