

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

April 3, 2006

Tony Axam, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite #550
Washington, D.C. 20004

              Re:    United States v. Donnell Fitzpatrick
                      Criminal Number 05-0222 (RBW)

Dear Mr. Axam:

      This letter confirms the agreement between your client, DONNELL FITZPATRICK, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

DONNELL FITZPATRICK'S Obligations, Acknowledgments and Waivers:

      1.     Your client, DONNELL FITZPATRICK, agrees to admit guilt and enter a plea of guilty to Counts Two and Three of the three count Information filed in this case, namely Attempted Carrying a Pistol Without A License (Outside Home or Place of Business), in violation of 22 D.C. Code Sections 4504(a) and 1803 (2001 ed.) and Possession of an Unregistered Firearm, in violation of 7 D.C. Code Sections 2502.01. Your client understands that pursuant to 22 D.C. Code Section 1803 (2001 ed.), the charge of Attempted Carrying a Pistol Without a License carries a penalty of a term of imprisonment of one hundred eighty (180) days, or a fine of one thousand dollars ($1,000.00), or both, and pursuant to 7 D.C. Code Section 2507.06, the charge of Possession of an Unregistered Firearm carries a penalty of a term of imprisonment not more than one year, or a fine

of one thousand dollars ($1,000.00), or both. Your client further understands that the Court may impose a term of probation as a part of any sentence. In addition, your client agrees to pay any special assessments which may be due as part of this guilty plea prior to the date of sentencing. Your client also understands that the Court may also impose a fine that is sufficient to pay the federal government the costs of any imprisonment, or term of probation.

      2.     In addition, your client agrees to waive your client's interest in and not to contest the administrative forfeiture of the following property: A Taurus .38 caliber revolver. Your client acknowledges and agrees that the Government reserves its right to bring a civil action(s), if necessary, in any jurisdiction for the forfeiture of any of your client's assets, real or personal, that are subject to forfeiture pursuant to any federal statute.

      3.     In the event that your client is not detained pending sentencing and he either fails to appear for any proceeding, fails to obey any condition of release, or is re-arrested following the entry of a guilty plea, the government will reserve its right to request that your client be incarcerated pending sentencing.

      4.     In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment, where applicable; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses.

      5.     Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing.

      6.     Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter. In particular, the United States reserves its right to recommend a specific period of incarceration and fine up to the maximum sentence of incarceration and fine allowable by law. In addition, if in this plea agreement the Government has agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion, or any post-sentence downward departure motion in this case.

      7.     Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

THE GOVERNMENT'S OBLIGATIONS, ACKNOWLEDGMENTS AND WAIVERS:

8. This Office will request that the Court dismiss the remaining counts of the Information and the pending one count Indictment in this case at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

General Conditions

9. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

10. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice, the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

11. There are no other agreements, promises, understandings or undertakings between your client and this Office . Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

_____
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Robert J. Feitel
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Tony Axam, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date:_____           _____
                                   Donnell Fitzpatrick
                                   Defendant


## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: _____      _____
                                   Tony Axam, Esquire
                                   Attorney for the Defendant