UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| :--- | :--- | :--- |
| | : | Criminal No. 05-0222 (RBW) |
| | : | |
| v. | : | |
| | : | |
| | : | Trial Date: May 8, 2006 |
| DONNELL FITZPATRICK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## UNITED STATES' EXHIBIT LIST

| EXBT # | DESCRIPTION | Offer | Object | Admit |
| :---: | :--- | :---: | :---: | :---: |
| 1 | Gun: Taurus .38 Special (Revolver) | | | |
| 2 | Certificate of No Record of License to Carry Pistol for Donnell Fitzpatrick | | | |
| 3 | Certificate of No Record of Firearms Registration for Donnell FItzpatrick | | | |
| 4 | Test Fire Certificate | | | |
| 5 | Certified Copy of Conviction, Case No. 02-55, Arlington County, Virginia: Assault and Battery on a Police Officer for Donnell Fitzpatrick | | | |
| 6 | Certified Copy of Conviction, Case No. 02-56, Arlington County, Virginia: Assault and Battery on a Police Officer for Donnell Fitzpatrick | | | |
| 7 | Police Report, Arlington County, for Case Nos. 02-55 and 02-56 | | | |

| 8 | Presentence Report, Arlington County, for Case Nos. 02-55 and 02-56 | | | |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

Respectfully submitted,


KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
ROBERT J. FEITEL
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing United States' Exhibit List was served upon the attorney for the defendant, AFPD Tony Axam, this 3rd day of May 2006.

                                              ROBERT J. FEITEL
                                              ASSISTANT UNITED STATES ATTORNEY