UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                           Criminal Action No. 05-222

DONNELL FITZPATRICK

JURY NOTES

Judge Walton,

The Jury has reached a Verdict.

Foreperson

5-10-06
Date

4:40 pm
Time