UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 05-222 (RBW) |
| DONNELL FITZPATRICK, | ) |
| Defendant. | ) |

### VERDICT FORM

Count One:

As to the charge of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for One Year or More, we the jury find the defendant:

Not Guilty ✓

Guilty _____

_____
FOREPERSON

May 10, 2006.
DATE

If you agree with the verdict as indicated by your foreperson, please sign your name below: