AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

DONNELL FITZPATRICK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 05CR222

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Reggie B. Walton | District Court Judge |
|---|---|
| Name of Judge | Title of Judge |

May 17, 2006
Date